UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 98-2273-CIV-LENARD
Magistrate Judge Turnoff

SHERLEIGH ASSOCIATES LLC and
SHERLEIGH ASSOCIATES INC.
PROFIT SHARING PLAN, on behalf of
itself and all others
similarly situated,

        Plaintiffs,

vs.

WINDMERE-DURABLE HOLDINGS,
INC., DAVID M. FRIEDSON and
NATIONSBANC MONTGOMERY
SECURITIES LLC,

        Defendants.
_____/

NOTICE OF APPEARANCE



      PLEASE TAKE NOTICE that the undersigned attorneys, the Law Offices of Curtis V. Trinko, LLP hereby appear in this action on behalf of plaintiff Ralph Casey and demand that copies of the pleadings and any other papers served in this matter be forwarded to their address set forth below.

Dated:      New York, New York
             June 21, 1999

                      LAW OFFICES OF CURTIS V. TRINKO, LLP

                      By: _____
                           Curtis V. Trinko (CVT-1838)
                      16 West 46th Street
                      Seventh Floor
                      New York, New York 10036
                      Telephone: (212) 490-9550
                      Facsimile: (212) 986-0158

                      ATTORNEYS FOR PLAINTIFFS

To:
          ALL COUNSEL ON SERVICE LIST



WINDMERE-DURABLE HOLDINGS, INC. SERVICE LIST
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION
CASE NO. 98-2273-CIV-LENARD / MAGISTRATE JUDGE TURNOFF

Richard G. Garrett, Esq.
Michael J. Rogal, Esq.
GREENBERG TRAURIG, P.A.
1221 Brickell Avenue
Miami, FL 33131

Alan Mansfield, Esq.
GREENBERG TRAURIG, P.A.
200 Park Avenue
New York, NY 10166

*Attorneys for Defendants*
*Windmere-Durable Holdings, Inc.,*
*David Friedson and Harry D. Schutlman*

Gregory A. Markel, Esq.
Francis S. Chlapowski, Esq.
BROBECK, PHLEGER
  & HARRISON LLP
1633 Broadway
47th Floor
New York, New York 10019

Parker Thomson, Esq.
Dennis Campbell, Esq.
THOMSON, MURARO,
  RAZOOK & HART, P.A.
One S.E. 3rd Avenue
17th Floor
Miami, FL 33131

*Attorneys for Defendant NationsBanc*
*Montgomery Securities LLC*

Mark C. Gardy, Esq.
James S. Notis, Esq.
ABBEY, GARDY & SQUITIERI, LLP
212 East 39th Street
New York, New York 10016

Jeffrey C. Block, Esq.
BERMAN DEVALERIO & PEASE
One Libert Square
Boston, MA 02109

Jeffrey A. Klafter, Esq.
Jeffrey N. Leibell, Esq.
Robert P. Gans, Esq.
BERNSTEIN LITOWITZ
  BERGER & GROSSMAN LLP
1285 Avenue of the Americas
New York, New York 10019

Michael J. Pucillo, Esq.
BURT & PUCILLO, LLP
222 Lakeview Avenue, Suite 300
West Palm Beach, FL 33401

Steven J. Toll, Esq.
COHEN MILSTEIN HAUSFELD
  & TOLL, P.L.L.C.
999 Third Avenue, Suite 3600
Seattle, WA 98104

Vincent R. Capucci, Esq.
ENTWISTLE & CAPUCCI LLP
330 Madison Avenue
New York, New York 10017

Robert Gilbert, Esq.
133 Sevilla Avenue
Coral Gables, FL 33134

Emily C. Komlossy, Esq.
Peter H. Rachman, Esq.
GOODKIND LABATON
  RUDOFF & SUCHAROW LLP
2455 East Sunrise Blvd., Suite 813
Fort Lauderdale, FL 33304

Michael Hanzman, Esq.
Michael Criden, Esq.
HANZMAN CRIDEN ET AL.
200 South Biscayne Boulevard
Suite 2100
Miami, FL 33131

Steven G. Schulman, Esq.
Samuel H. Rudman, Esq.
Salvatore J. Graziano, Esq.
MILBERG WEISS BERSHAD
　HYNES & LERACH, LLP
One Pennsylvania Plaza
49th Floor
New York, New York 10119

Julian H. Kreeger, Esq.
Jack Reise, Esq.
Kenneth J. Vianale, Esq.
MILBERG WEISS BERSHAD
　HYNES & LERACH, LLP
The Plaza
5355 Town Center Road
Suite 900
Boca Raton, FL 33486

Kenneth Vinale, Esq.
MILBERG WEISS BERSHAD
　HYNES & LERACH, LLP
5255 Town Center Rd.
Suite 900
Boca Raton, FL 33486

Stanley M. Grossman, Esq.
Shaheen Rushd, Esq.
D. Brian Hufford, Esq.
POMERANTZ HAUDEK BLOCK
　GROSSMAN & GROSS LLP
100 Park Avenue
26th Floor
New York, New York 10017

Jules Brody, Esq.
Arron Brody, Esq.
STULL, STULL & BRODY
6 East 45th Street
New York, New York 10017

*Attorneys for Plaintiffs*